IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSEMARY ORTIZ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COINBASE, INC.,<br><br>Defendant. | CASE NO.: 3:25-cv-04235-LJC<br><br>**CLASS ACTION**<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION TO EXTEND DEADLINES AS MODIFIED**<br><br>Hon. Lisa J. Cisneros<br>Complaint Filed: May 16, 2025 |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The July 28, 2025 deadline for Coinbase to respond to Plaintiff Ortiz's complaint is stayed pending the JPML's decision on the centralization request in *In re Coinbase Customer Data Security Breach Litigation* (MDL 3153);

2. If this case remains in this District after the JPML's order on the centralization request (whether because JPML denies the centralization request or because JPML orders the centralized cases to be transferred to this District), within 14 days of the JPML's order, the parties shall meet and confer to jointly propose a briefing schedule for a consolidated complaint (if any) and Coinbase's motion to compel arbitration (and a Rule 12(b) motion if the motion to compel arbitration is denied).  In addition,

   a. In the case Plaintiff Ortiz anticipates filing a consolidated complaint with plaintiffs from any of the other 16 putative class actions against Coinbase as identified at Dkt. 41 of the MDL proceeding, Coinbase shall file a motion to compel arbitration no sooner than 30 days after the filing of the consolidated complaint (and, if the motion to compel arbitration is denied, a Rule 12(b) motion no sooner than 30 days of the Court's order denying the motion to compel arbitration);

   b. In the case Plaintiff Ortiz does not anticipate filing a consolidated complaint, Coinbase shall file a motion to compel arbitration no sooner than 30 days upon the JPML's order (and, if the motion to compel arbitration is denied, a Rule 12(b) motion no sooner than 30 days of the Court's order denying the motion to compel arbitration);

3. The initial case management conference currently scheduled for August 14, 2025 is continued upon further notice.  In place of an initial case management conference, if the JPML has not issued an order by October 23, 2025 determining whether the litigation will be centralized, the parties shall file by that same date a joint status report and shall appear for a status conference on October 30, 2025;

4. All deadlines related to or triggered by the initial case management conference date,

1

1  including the deadlines for ADR compliance, Rule 26(f) conference and reports, initial disclosures,
2  and case management statement, are continued accordingly.
3
4
5  Dated: June 25, 2025
6                                                          By: Hon. Lisa J. Cisneros
                                                            UNITED STATES MAGISTRATE JUDGE